UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MOLLY MATHIS, on behalf of herself and those similarly situated,

Plaintiff,

v. Case No. 6:14-cv-429-Orl-28TBS

METRO CORRAL PARTNERS, INC., a Florida corporation,

Defendant.
_______________________________________/

ORDER

Plaintiff Molly Mathis brings this action alleging that Defendant Metro Corral Partners, Inc., violated the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) (the "FLSA"), by failing to pay her the full minimum wage. (Doc. 1). Defendant denies any wrongdoing. (Doc. 20). No additional persons have consented to join as plaintiffs in the case. (Docket).

The parties have entered into a Settlement and Release Agreement (the "Agreement") which, if approved by the Court, will resolve the case. (Doc. 23-1). The Agreement includes a release of claims of retaliation and claims under the Florida Minimum Wage Act that were not asserted in the lawsuit. The Agreement also includes non-disparagement, confidentiality, and non-cooperation provisions of the sort the Court has rejected in other cases.

The parties have also entered into a second settlement agreement (the "Confidential Agreement"), which is specifically referenced in the Agreement. (Doc. 23, ¶ 5; Doc. 23-1, p. 1 and ¶ 11). The parties have not disclosed the terms of the

Confidential Agreement to the Court. (Doc. 23). Consequently, the Court does not know: (1) if the Agreement is contingent upon or otherwise related to the Confidential Agreement; (2) whether the terms of the Confidential Agreement do or could have any effect on Plaintiff's FLSA claims; (3) whether the Confidential Agreement evidences overreaching, fraud or collusion that would constitute a ground to deny approval of the Agreement; or (4) if there is anything else about the Confidential Agreement that the Court should know in order to make an informed decision concerning the Agreement.

Accordingly, the parties have 14 days from the rendition of this Order within to respond to the Court's concerns. After 14 days, the Court will prepare its report and recommendations to the district judge.

DONE AND ORDERED in Orlando, Florida, on July 16, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel