UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MOLLY MATHIS,**

      **Plaintiff,**

v.                                         **Case No: 6:14-cv-429-Orl-41TBS**

**METRO CORRAL PARTNERS, INC.,**

      **Defendant.**

**ORDER**

THIS CAUSE is before the Court on the Amended Joint Motion for Approval of Settlement Agreement (the "Motion") filed on August 20, 2014. (Doc. 27). United States Magistrate Judge Thomas B. Smith submitted a Report and Recommendation on September 3, 2014, recommending that this Court grant the Motion and dismiss this case with prejudice. (Doc. 31, at 6). On September 8, 2014, the parties filed a Joint Notice of Non-Objection Regarding Report and Recommendation. (Doc. 32).

After an independent *de novo* review of the record and noting that the parties have no objections, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.[1]

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 31) submitted on September 3, 2014, is

    **ADOPTED** and **CONFIRMED** and made a part of this Order.

---

[1] Despite the parties' prior references to a "Non-FLSA Settlement Agreement," (*see, e.g.*, Joint Mot. Approval Settlement Agreement, Doc. 23, ¶ 5; Resp., Doc. 25, at 2), this Court, as did Judge Smith, relies on counsels' recent certification that "[t]he FLSA Settlement Agreement attached to the [Amended] Joint Motion is the only agreement the parties made." (Joint Resp., Doc. 30, ¶ 5).

2. The Amended Joint Motion for Approval of Settlement Agreement (Doc. 27) filed on August 20, 2014 is **GRANTED**. Accordingly, the Settlement Agreement (Doc. 27-1) is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 29, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record